IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPEL, INCORPORATED,<br><br>　　　　　Defendant.　　　　　　　　／ | No. C 05-04939 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 21, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 8, 2006.

DESIGNATION OF EXPERTS: 11/10/06; REBUTTAL: 11/17/06.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 22, 2006;

　　　Opp. Due October 6, 2006;  Reply Due October 13, 2006;

　　　and set for hearing no later than October 27, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 19, 2006 at 3:30 PM.

COURT TRIAL DATE: January 16, 2007 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall exchange and review documents by 4/21/06 and participate in private mediation by the end of June 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/3/06

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge