WILLIAM H. PAYNTER (State Bar No. 98882)
LAW OFFICES OF WILLIAM H. PAYNTER
809 Broadway, Suite 6
Sonoma, California 95476
Telephone: (707) 996-5605
Facsimile: (707) 996-4629
Attorneys for Plaintiff
LUANNE S. JORDAN

JEFFREY D. POLSKY (State Bar No. 120975)
MATTHEW P. VANDALL (State Bar No. 196962)
KAUFF McCLAIN & McGUIRE LLP
One Post Street
Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CAPEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| LUANNE S. JORDAN, | CASE NO. C054939 SI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DELAY COMPLETION OF MEDIATION** |
| CAPEL, INCORPORATED, and Does 1 through 60, inclusive, | |
| Defendants. | **COMPLAINT FILED:** October 31, 2005 |

The parties, through their respective counsel, seek to amend certain Court ordered dates and schedules for this case.

1.  October 31, 2005, plaintiff Luanne S. Jordan ("Jordan" or "plaintiff") filed a civil action in the Superior Court, City and County of San Francisco, against defendant Capel, Inc.

---

1

STIPULATION & COURT ORDER DELAYING MEDIATION

("Capel" or "defendant"). Defendant removed the action to this Court pursuant to 28 U.S.C. § 1441(b).

2. Plaintiff alleges, inter alia, breach of contract, fraud, unfair business practices, violations of the California Labor Code, and bad faith. Defendant denies all such allegations.

3. The Court ordered, in consultation with the parties, at the conclusion of a Case Management Conference on March 30, 2006 a schedule and certain dates for the parties to accomplish specified events.

4. The parties agree that the discovery process is taking longer than originally anticipated and hereby stipulate to REQUEST that completion of mediation be delayed to July 30, 2006 on the Court ordered schedule and hereby REQUEST that the Court shall so order.

5. The other Court ordered dates shall remain as previously ordered.

DATED: JUNE 7, 2006  KAUFF MCLAIN & MCGUIRE LLP

/S/     Matthew P. Vandall
JEFFREY C. POLSKY
MATTHEW P. VANDALL
ATTORNEYS FOR DEFENDANT CAPEL, INC.

**I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED DOCUMENT.**

DATED: JUNE 8, 2006  LAW OFFICES OF WILLIAM H. PAYNTER

_____/S/_____
WILLIAM H. PAYNTER
ATTORNEY FOR PLAINTIFF
LUANNE S. JORDAN

IT IS SO ORDERED:

DATE : JUNE _____ ,2006  _____
SUSAN ILLSTON
JUDGE, U.S. DISTRICT COURT

2

STIPULATION & COURT ORDER DELAYING MEDIATION