WILLIAM H. PAYNTER (State Bar No. 98882)
LAW OFFICES OF WILLIAM H. PAYNTER
809 Broadway, Suite 6
Sonoma, California 95476
Telephone: (707) 996-5605
Facsimile: (707) 996-4629
Attorneys for Plaintiff
LUANNE S. JORDAN

JEFFREY D. POLSKY (State Bar No. 120975)
MATTHEW P. VANDALL (State Bar No. 196962)
KAUFF McCLAIN & McGUIRE LLP
One Post Street
Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CAPEL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| LUANNE S. JORDAN, | CASE NO. C054939 SI |
|---|---|
| Plaintiff, | |
| v. | **AMENDED STIPULATION AND [PROPOSED] ORDER TO DELAY COMPLETION OF MEDIATION AND RESCHEDULE STATUS CONFERENCE** |
| CAPEL, INCORPORATED, and Does 1 through 60, inclusive, | |
| Defendants. | **COMPLAINT FILED:** October 31, 2005 |
| | continued to 9/1/06 |

The parties, through their respective counsel, seek to amend certain Court ordered dates and schedules for this case by amending a previous stipulation and order which delayed the date for completion of mediation. The parties now wish to amend the scheduled date for a Case Management Conference to take place as a status conference which previous to this stipulation and [proposed] order was scheduled for July 21, 2006.

    1.    October 31, 2005, plaintiff Luanne S. Jordan ("Jordan" or "plaintiff") filed a

1

AMENDED STIPULATION & COURT ORDER DELAYING MEDIATION

civil action in the Superior Court, City and County of San Francisco, against defendant Capel, Inc. ("Capel" or "defendant"). Defendant removed the action to this Court pursuant to 28 U.S.C. § 1441(b).

2. Plaintiff alleges, inter alia, breach of contract, fraud, unfair business practices, violations of the California Labor Code, and bad faith. Defendant denies all such allegations.

3. The Court ordered, in consultation with the parties, at the conclusion of a Case Management Conference on March 30, 2006 a schedule and certain dates for the parties to accomplish specified events.

4. The parties previously agreed that the discovery process was and is taking longer than originally anticipated and stipulated to request that completion of mediation be delayed to July 30, 2006 and the Court so ordered.

5. The parties have agreed to mediation which is now scheduled for July 28, 2006.

6. There is a second Case Management Conference scheduled as a status conference on July 21, 2006.

7. In view of the schedule for the mediation the parties hereby stipulate to REQUEST that the status conference of July 21, 2006 be delayed to ~~August 28, 2006~~ September 1, 2006 or as soon thereafter as the Court may place it on the Court's calendar and hereby REQUEST that the Court shall so order.

8. The other Court ordered dates shall remain as previously ordered.

DATED: JULY 14, 2006     KAUFF MCLAIN & MCGUIRE LLP

/S/ Matthew P. Vandall
JEFFREY C. POLSKY
MATTHEW P. VANDALL
ATTORNEYS FOR DEFENDANT CAPEL, INC.

| | |
|---|---|
| 1 | **I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED DOCUMENT.** |

DATED: JULY 14, 2006     LAW OFFICE OF WILLIAM H. PAYNTER

_____/S/_____
WILLIAM H. PAYNTER
ATTORNEY FOR PLAINTIFF
LUANNE S. JORDAN


IT IS SO ORDERED:

DATE : JULY \_\_\_\_\_ ,2006

_____
SUSAN ILLSTON
JUDGE, U.S. DISTRICT COURT