IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAPEL, INCORPORATED,<br><br>　　　　　　Defendant.<br>_____ / | No. C 05-04939 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 1, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>(deposition only) 10/23/06</u>.

DESIGNATION OF EXPERTS: <u>11/3/06</u>; REBUTTAL: <u>11/20/06</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 15, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 9, 2007</u>;

　　　Opp. Due <u>February 23, 2007</u>;  Reply Due <u>March 2, 2007</u>;

　　　and set for hearing no later than <u>March 16, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>Apirl 17, 2007</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>April 30, 2007</u> at <u>8:30 AM.</u>,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the request to continue the trial.

The parties have agreed to participate in another mediation session before Judge Smith before the end of this year.  Counsel shall inform this Court of the date of that mediation session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/6/06

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge